UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>BRIGHTECH INC.,<br><br>          Defendant. | ECF CASE<br><br>No.: 1:21-cv-01779-NGG-MMH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion and no class action being certified under Fed. R. Civ. P. 23(a) and (b), Plaintiff Olsen hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: October 13, 2021
       New York, New York

*/s/ Christopher H. Lowe*
Christopher H. Lowe
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170
Chris@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

**So Ordered.**

s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** 10/18/21